UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | CR 14-00466-MMM | Date: | May 18, 2015 |
|---|---|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|
| Interpreter | |

| ANEL HUERTA | C. NIRENBERG | MALVIN DANIEL |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Juan Diaz Ruiz | ✔ | ✔ | | 1. DFPD Craig A. Harbaugh | ✔ | ✔ | |

| Proceedings: | Defendant's Motion to Dismiss[35] |
|---|---|

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the Court takes the motion under submission.

00 : 20

CR-11 (09/98)   CRIMINAL MINUTES - GENERAL   Initials of Deputy Clerk AH