HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
YASMIN CADER (Bar No. 250762)
(E mail: Yasmin_Cader@fd.org)
CRAIG A. HARBAUGH (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JUAN DIAZ-RUIZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JUAN DIAZ-RUIZ,<br><br>            Defendant. | Case No. CR-14-466-MMM<br><br>**SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO DISMISS** |

Defendant Juan Diaz-Ruiz, by and through counsel of record, Federal Public Defender, Craig A. Harbaugh, hereby submits this supplemental declaration in support of his motion to dismiss pursuant to 8 U.S.C. § 1326(d). This declaration authenticates Exhibit G, the redacted immigration record.[1]

                              Respectfully submitted,
                              HILARY POTASHNER
                              Acting Federal Public Defender

DATED: May 21, 2015       By */s/ Craig A. Harbaugh*
                              CRAIG A. HARBAUGH
                              Deputy Federal Public Defender

---

[1] For convenience of the Court, Exhibit G, which was attached to Defendant's Reply Brief, is resubmitted with this supplemental declaration.