

**FILED**

**AUG 17 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JUAN DIAZ RUIZ, AKA Juan Ruiz Diaz, <br><br> Defendant - Appellee. | No. 15-50350 <br><br> D.C. No. 2:14-cr-00466-MMM <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk